Robert Robinson, pro se.

James C. Crumlish, Jr., Dist. Atty., Philadelphia, Pa. (Gordon Gelfond, Asst. Dist. Atty., Arlen Specter, Asst. Dist. Atty., Chief, Litigation Division F. Emmett Fitzpatrick, Jr., First Asst. Dist. Atty., Philadelphia, Pa., on the brief), for appellee.

Before STALEY, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

This appeal is from the denial of the appellant's petition for a writ of habeas corpus. We have considered the record and the briefs in this case and find no error.

The judgment of the court below will be affirmed. D.C., 222 F.Supp. 845.

---

UNITED STATES, Appellant

v.

Reid COMPTON et al.

UNITED STATES, Appellant

v.

Earl WATERLAND et al.

UNITED STATES, Appellant

v.

Virgil SIMONS et al.

Nos. 17542–17544.

United States Court of Appeals
Eighth Circuit.

Jan. 29, 1964.

Harold C. Doyle, U. S. Atty., for appellant.

Horace R. Jackson, Rapid City, S. D., for appellee.

PER CURIAM.

Appeals dismissed on motion of appellant and stipulation of parties.

---

UNITED STATES, Appellant

v.

Earl WATERLAND et al.

UNITED STATES, Appellant

v.

Virgil SIMONS et al.

Nos. 17548, 17549.

United States Court of Appeals
Eighth Circuit.

Jan. 29, 1964.

Harold C. Doyle, U. S. Atty., for appellant.

Horace R. Jackson, Rapid City, S. D., for appellee.

PER CURIAM.

Appeals dismissed on motion of appellant and stipulation of parties.

---

UNITED STATES, Appellant

v.

Reid COMPTON et al.

UNITED STATES, Appellant

v.

Earl WATERLAND et al.

UNITED STATES, Appellant

v.

Virgil SIMONS et al.

Nos. 17545–17547.

United States Court of Appeals
Eighth Circuit.

Jan. 29, 1964.

Harold C. Doyle, U. S. Atty., for appellant.

Horace R. Jackson, Rapid City, S. D., for appellee.

PER CURIAM.

Appeals dismissed on motion of appellant and stipulation of parties.